IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



**FILED**

JAN 2 2 2019

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY SKYLER REGIS,<br><br>Defendant. | CR 18-94-BLG-SPW-3<br><br>ORDER |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the change of plea hearing set for Friday,

February 15, 2019 at 1:30 p.m. is **VACATED** and **RESET** for **Thursday,**

**February 21, 2019 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings,

Montana, at which time the court will consider his motion to change his plea of not

guilty to a plea of guilty.

IT IS FURTHER ORDERED that the Plea Agreement shall be filed with the

Court on or before **February 19, 2019**.

DATED this 22nd day of January, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDE

1