FILED

AUG 28 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-94-BLG-SPW-3 |
| Plaintiff, | ORDER |
| vs. | |
| ANTHONY SKYLER REGIS, | |
| Defendant. | |

For the reasons stated on the record, ANTHONY SKYLER REGIS is hereby released from the custody of the U.S. Marshals Service.

DATED this 28th day of August, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1